UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20310-CR-LENARD

/GOODMAN

IN RE SEALED INFORMATION
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Information, and any resulting order be SEALED until further order of this court, excepting the United States Attorney's Office which may obtain copies of any Information, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendant may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this information become public.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Anne P. McNamara
Trial Attorney
Court Id. No. A5501847
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 304-2946
Fax: (202) 514-6118
anne.mcnamara@usdoj.gov

*FILED by ___ D.C.*
*MAY 07 2014*
*STEVEN M. LARIMORE*
*CLERK U.S. DIST. CT.*
*S.D. of FLA - MIAMI*