UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20310-CR-LENARD

UNITED STATES OF AMERICA
             Plaintiff,
v.

**WAIVER OF INDICTMENT**

EURIDICE BORROTO

             Defendant.
_____/

I, EURIDICE BORROT ,the above named defendant who is accused of

CONSPIRACY TO DEFRAUD THE UNITED STATES AND RECEIVE HEALTHCARE KICKBACKS

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 05/13/2014 , prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

5/13/14
Dated

Before _____
PATRICK A. WHITE
United States Magistrate Judge